UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDREA JENNINGS,

    Plaintiff,

v.

GC SERVICES, LP,

    Defendant.

PLAINTIFF'S VERIFIED COMPLAINT

ANDREA JENNINGS ("Plaintiff"), through attorneys, KROHN & MOSS, LTD., alleges the following against GC SERVICES, LP ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Georgia, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Atlanta, Fulton County, Georgia.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Houston, Texas.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant places collection telephone calls to Plaintiff in an attempt to collect an alleged debt.

12. Plaintiff's alleged debt arises from transactions for personal, household, and/or family purposes.

13. Defendant places collection calls to Plaintiff at 404-455-77XX.

14. On or around July 2, 2015 at approximately 2:58 p.m., Defendant placed a collection call to Plaintiff and left a voicemail message.

15. In the voicemail message, Defendant's representative failed to disclose the name of the company placing the call, failed to state that the call was being placed by a debt collector, and failed to state that the call was being placed to collect an alleged debt. *See* Transcibed Voicemail Message attached hereto as Exhibit "A."

16. In the voicemail message, Defendant's representative directed Plaintiff to return the call to 1-800-926-3136, which is a number that belongs to Defendant. *See* Exhibit "A."

17. On or around July 7, 2015 at approximately 1:43 p.m., Defendant placed a collection call to Plaintiff and left a second voicemail message.

18. In the second voicemail message, Defendant's representative, "Anthony Ruggeri," failed to disclose the name of the company placing the call, failed to state that the call was being placed by a debt collector, and failed to state that the call was being placed to collect an alleged debt.  *See* Transcibed Voicemail Message attached hereto as Exhibit "B."

19. In the second voicemail message, Defendant's representative, "Anthony Ruggeri," directed Plaintiff to return the call to 1-800-926-3136, which is a number that belongs to Defendant.  *See* Exhibit "B."

20. On or around July 8, 2015 at approximately 8:19 p.m., Defendant placed a collection call to Plaintiff and left a third voicemail message.

21. In the third voicemail message, Defendant's representative, "Anthony Ruggeri," failed to disclose the name of the company placing the call, failed to state that the call was being placed by a debt collector, and failed to state that the call was being placed to collect an alleged debt.  *See* Transcribed Voicemail Message attached hereto as Exhibit "C."

22. In the third voicemail message, Defendant's representative, "Anthony Ruggeri," directed Plaintiff to return the call to 1-800-926-3136, which is a number that belongs to Defendant.  *See* Exhibit "C."

23. On or around July 9, 2015 at approximately 11:06 a.m., Defendant placed a collection call to Plaintiff and left a fourth voicemail message.

24. In the fourth voicemail message, Defendant's representative, "Anthony Ruggeri," failed to disclose the name of the company placing the call, failed to state that the call was

being placed by a debt collector, and failed to state that the call was being placed to collect an alleged debt.  *See* Transcribed Voicemail Message attached hereto as Exhibit "D."

25. In the fourth voicemail message, Defendant's representative, "Anthony Ruggeri," directed Plaintiff to return the call to 1-800-926-3136, which is a number that belongs to Defendant.  *See* Exhibit "D."

26. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

27. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d(6) of the FDCPA by placing collection calls to Plaintiff without meaningful disclosure of the caller's identity.

    b. Defendant violated § 1692e of the FDCPA by using false, deceptive or misleading representations or means in connection with the collection of the debt;

    c. Defendant violated § 1692e(11) of the FDCPA by failing to disclose in its communications with Plaintiff that the communication was from a debt collector.

WHEREFORE, Plaintiff, ANDREA JENNINGS, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

28. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

29. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

30. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  August 13, 2015

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Georgia Bar No. 366987
Krohn & Moss, Ltd
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
Email: shormozdi@consumerlawcenter.com