UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREA JENNINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:15-cv-02882-MHC-CMS |
| v. ) | |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

ANDREA JENNINGS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: <u>  Shireen Hormozdi, Esq.</u>
Shireen Hormozdi
Attorney for Plaintiff
Krohn & Moss, LTD
10474 Santa Monica Blvd Ste 405
Los Angeles, CA 90025

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

                                                /s/ Shireen Hormozdi___
                                                Shireen Hormozdi
                                                Attorney for Plaintiff